ORIGINAL

FILED

07/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0313

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0313

MICHAEL S. RUSSELL,

Petitioner,

v.

STATE OF MONTANA, and
JASON FREDERICK, Sheriff,

Respondents.

FILED

JUL 12 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Michael S. Russell has filed a Petition for Writ of Habeas Corpus, claiming that his sentence is illegal because it is longer than the law allows and that he is being held in jail on excessive bail. Russell provides that he has been held more than "17 days past the 60-day limit since waiver of extradition . . ." and that he has not had a status hearing in more than "28 days." Russell provides no more information in his Petition, except that he is being held in the Roosevelt County Jail. We amend the caption to include the Sheriff of Roosevelt County. Section 46-22-201(1)(c), MCA.

This Court secured copies of two registers of action for pending criminal cases in the Fifteen Judicial District Court, Sheridan County. In November 2016, the State charged Russell with felony driving under the influence of alcohol or drugs (DUI) along with several misdemeanor offenses. The District Court reset the trial date several times over the next year, and then, after a pretrial agreement was filed, the court re-set the sentencing hearing in February 2019. Within two weeks, the court issued a bench warrant, and sentencing judgment was filed in April 2019 (hereinafter 2019 sentence). The State petitioned the court for revocation in 2021. In April 2021, the State filed new charges of felony criminal possession of dangerous drugs and misdemeanor criminal trespass against Russell. The District Court issued a final judgment in October 2021 and revoked Russell's

2019 sentence. In March 2022, the State filed petitions for revocation again in both cases. Since then, a hearing on the petitions has been continued. The revocation proceedings remain pending. Russell is represented by counsel.

Russell should refrain from filing pleadings on his own behalf with this Court while he is represented by counsel in the District Court. M. R. App. P. 10(1)(c).

While Russell references excessive bail, he has not advanced any arguments about want of bail or even the bail's amount. Section 46-22-103, MCA. Russell, as a Petitioner to this Court, has the burden to provide supporting arguments and documents concerning illegal incarceration. *Miller v. Eleventh Judicial Dist. Ct.*, 2007 MT 58, 336 Mont. 207, 154 P.3d 1186. He has not done so.

Russell has not demonstrated that he is illegally incarcerated. Section 46-22-101(1), MCA. The cause of his incarceration is the pending revocations of his criminal cases. Russell is precluded from challenging his sentence upon revocation through this remedy of habeas corpus relief. Section 46-22-101(2), MCA. He is not entitled to release. After his proceedings have concluded in the District Court, Russell retains the remedy of appeal of the court's final judgments to this Court. Section 46-20-104, MCA.

IT IS THEREFORE ORDERED that Russell's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Honorable Katherine M. Bidegaray, District Court Judge; Kristin Kelm, Clerk of District Court, Sheridan County, under Cause Nos. DC-2016-21 and DC-2021-2; Benjamin J. Fosland, Sheridan County Attorney; Allison L. Moulton, Defense Counsel; Jason Frederick, Sheriff; counsel of record; and Michael S. Russell personally.

DATED this 12 day of July, 2022.

_____
Chief Justice

_____

2

_____

_____

_____
Justices